UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

JULENE VALENTINE,

                Plaintiff,

        -against-

BRAIN & SPINE SURGEONS OF NEW YORK,
P.C., SCOLIOSIS AND SPINE SURGERY, P.C.,
KRISHNA SHARMA AND RUDOLPH
TADDONIO, BOTH INDIVIDUALLY AS AIDERS
AND ABETTORS,

                Defendants.

---------------------------------------------------------------- X

Civil Action No.: 7:17-cv-02275-NSR

## NOTICE OF MOTION BY DEFENDANTS TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law in support of Defendants' Motion to Dismiss, the Declaration of Rudolph Taddonio, M.D., and the Declaration of Kenneth Tompkins, Defendants Brain & Spine Surgeons of New York, P.C., Scoliosis and Spine Surgery P.C., Krishn Sharma, M.D. and Rudolph Taddonio, M.D., by and through their undersigned attorneys, will move before The Honorable Nelson S. Román, United States District Judge for the Southern District of New York, at 300 Quarropas Street, White Plains, New York 10601, in Courtroom 218, on such date as the Court will determine, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the First Amended Complaint in the above captioned action, with prejudice.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the order of the Court, opposing papers, if any, must be served on or before August 10, 2017, reply papers, if any must be served on or before August 25, 2017, and all papers served in connection

with this motion must be filed with the Court on or before August 25, 2017.

Dated:   White Plains, New York
         July 10, 2017

                                  Respectfully submitted,

                                  /s Peter Freiberg
                                  DENLEA & CARTON LLP
                                  James R. Denlea (JD-4610)
                                  Peter Freiberg. (PF 1561)
                                  Myles K. Bartley (MB-8431)
                                  2 Westchester Park Drive, Suite 410
                                  White Plains, New York 10604
                                  Telephone: (914) 331-0100
                                  Facsimile: (914) 331-0105
                                  jdenlea@denleacarton.com
                                  pfreiberg@denleacarton.com
                                  mbartley@denleacarton.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I electronically transmitted the attached document by email to counsel for Plaintiff, Julene Valentine, addressed as set forth below:

> Brendan Chao
> 50 Merrick Road
> Rockville Center, New York 11570
> 516-466-2033
> bchao@bchaolaw.com

/s/ Peter N. Freiberg